JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM CORDES,<br><br>　　　　Plaintiff(s),<br><br>　　vs.<br><br>SYNERGETIC COMMUNICATION, INC.,<br><br>　　　　Defendant(s). | CASE NO. CV 09-08740-MMM(SHx)<br><br>ORDER DISMISSING CIVIL ACTION |

　　　THE COURT having been advised by counsel that the above-entitled action has been settled;

　　　IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within __40__ **days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

DATED: March 3, 2010

　　　　　　　　　　　　　　　　　　　*Margaret M. Morrow*
　　　　　　　　　　　　　　　　　　　MARGARET M. MORROW
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE